UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
EVELYN ARCE- CORTES,

         Plaintiff,

-against-

THE UNITED STATES OF AMERICA and
UNITED STATES POSTAL SERVICE,

         Defendants.
------------------------------------------------------------------------X

Docket No.: 1:25-cv-830

**COMPLAINT**

**PLAINTIFF DEMANDS TRIAL BY JURY**

    Plaintiff, **EVELYN ARCE- CORTES**, by her attorneys, **THE PARIS LAW GROUP, P.C.**, complaining of the Defendants, **THE UNITED STATES OF AMERICA and UNITED STATES POSTAL SERVICE**, respectfully shows to this court and alleges as follows:

    1.    The plaintiff, **EVELYN ARCE- CORTES,** is a resident of the Bronx County, City and State of New York, the same being within the Southern District of New York.

    2.    This is a civil action arising from an August 5, 2023 incident in which the plaintiff, **EVELYN ARCE- CORTES**, encountered a dangerous, defective and hazardous condition which caused her to trip and fall and be violently precipitated to the ground inside the United State Post Office, located at 2100 White Plains Road, County of Bronx, City and State of New York, causing her to sustain severe and serious injuries, including but not limited to a left humeral fracture, left elbow, left shoulder, left hand and bilateral knees.

    3.    That at all times hereinafter alleged, and upon information and belief, an administrative claim pursuant to 28 USCA §2675(a) was served upon the defendant, **THE UNITED STATES OF AMERICA,** on March 25, 2024.

4. That at all times hereinafter alleged, and upon information and belief, an administrative claim pursuant to 28 USCA §2675(a) was served upon the defendant, **UNITED STATES POSTAL SERVICE,** on March 25, 2024.

5. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, owned the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

6. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, owned the premises and appurtenances and fixtures thereto, known as 2100 White Plains Road, County of Bronx, City and State of New York.

7. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, was the lessor of the premises known as 2100 White Plains Road, County of Bronx, City and State of New York

8. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, was the lessee of the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

9. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, operated the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

10. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA,** controlled the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

11. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, maintained the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

12. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, managed the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

13. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA**, repaired the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

14. That at all times herein mentioned, the defendant **THE UNITED STATES OF AMERICA**, inspected the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

15. That at all times herein mentioned, the defendant, **THE UNITED STATES OF AMERICA,** supervised the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

16. That at all times hereinafter alleged, and upon information and belief, the defendant, **THE UNITED STATES OF AMERICA,** caused and created said dangerous, hazardous and unsafe condition.

17. That at all times hereinafter mentioned, the defendant, **THE UNITED STATES OF AMERICA**, had a duty to inspect, repair and otherwise maintain the premises known as 2100 White Plains Road, County of Bronx, City and State of New York, so as to make it safe for those lawfully and rightfully upon it, including this plaintiff herein.

18. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, owned the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

19. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, owned the premises and appurtenances and fixtures thereto, known as 2100 White Plains Road, County of Bronx, City and State of New York.

20. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, was the lessor of the premises known as 2100 White Plains Road, County of Bronx, City and State of New York

21. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, was the lessee of the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

22. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, operated the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

23. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE,** controlled the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

24. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, maintained the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

25. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, managed the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

26. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, repaired the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

27. That at all times herein mentioned, the defendant **UNITED STATES POSTAL SERVICE**, inspected the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

28. That at all times herein mentioned, the defendant, **UNITED STATES POSTAL SERVICE,** supervised the premises known as 2100 White Plains Road, County of Bronx, City and State of New York.

29. That at all times hereinafter alleged, and upon information and belief, the defendant, **UNITED STATES POSTAL SERVICE,** caused and created said dangerous, hazardous and unsafe condition.

30. That at all times hereinafter mentioned, the defendant, **UNITED STATES POSTAL SERVICE**, had a duty to inspect, repair and otherwise maintain the premises known as 2100 White Plains Road, County of Bronx, City and State of New York, so as to make it safe for those lawfully and rightfully upon it, including this plaintiff herein.

31. On August 5, 2023, the plaintiff, **EVELYN ARCE- CORTES**, was lawfully upon the defendants' premises.

32. On August 5, 2023, while plaintiff, **EVELYN ARCE- CORTES**, was lawfully at the aforesaid premises, she was caused to trip and fall and sustain serious and permanent injuries.

33. The above-mentioned occurrence, and the results thereof, were caused by the joint, several and concurrent negligence of the defendants and/or said defendants' agents, servants, employees and/or licensees in the ownership, operation, management, supervision, maintenance and control of the aforesaid premises.

34. That no negligence on the part of the plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

35. That the aforesaid accident was due solely and wholly as a result of the careless and negligent manner in which the defendants owned, operated, maintained, controlled, managed and repaired the aforesaid premises, without the plaintiff in any way contributing thereto.

36. That the defendants herein were negligent, reckless and careless in that they violated their duties to persons on the aforesaid premises and to this plaintiff in particular, in knowingly

permitting, suffering and allowing the aforesaid premises to be, become and remain in a defective, unsafe and dangerous condition, and was further negligent in failing to take suitable precautions for the safety of persons lawfully on the aforesaid premises.

37. That by reason of the foregoing and the negligence of the defendants, the plaintiff, **EVELYN ARCE- CORTES**, was severely injured, bruised and wounded, suffered, still suffers and will continue to suffer for some time physical pain and bodily injuries and became sick, sore, lame and disabled and so remained for a considerable length of time.

38. That by reason of the foregoing, the plaintiff, **EVELYN ARCE- CORTES,** was compelled to and did necessarily require medical aid and attention and did necessarily pay and become liable therefore for medicines and upon information and belief, the plaintiff, **EVELYN ARCE- CORTES**, will necessarily incur similar expenses.

39. That by reason of the foregoing, the plaintiff, **EVELYN ARCE- CORTES,** has been unable to attend to her usual occupation in the manner required.

40. That as a result of the foregoing, the plaintiff, **EVELYN ARCE- CORTES** sustained damages in the sum of TEN MILLION ($10,000,000.00) DOLLARS.

**WHEREFORE**, the plaintiff, **EVELYN ARCE- CORTES**, demands judgment against the defendants in the sum of TEN MILLION ($10,000,000.00) DOLLARS, all together with the costs and disbursements of this action

Dated:       New York, New York
             January 28, 2025

*Jason L. Paris*
_____
JASON L. PARIS, ESQ.
THE PARIS LAW GROUP, P.C.
Attorneys for Plaintiff
**EVELYN ARCE- CORTES**
60 East 42nd Street, Suite 4600
New York, NY 10165
212-970-8754

## ATTORNEY'S VERIFICATION

**JASON L. PARIS**, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury: I am a member at **THE PARIS LAW GROUP, P.C.**, attorneys of record for Plaintiff. I have read the annexed **SUMMONS AND COMPLAINT** and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters, I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

The reason this verification is made by me and not Plaintiff is that Plaintiff does not reside in the county wherein the attorneys for the plaintiff maintain their offices.

Dated:   New York, New York
         January 28, 2025

*Jason L. Paris*
_____
JASON L. PARIS, ESQ.