```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN ARCE-CORTES,

                Plaintiffs,

-v-

THE UNITED STATES OF AMERICA, *et al.*,

                Defendants.

**ORDER**

25-CV-830 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated April 2, 2025, this case was referred to me for settlement. ECF No. 25.

    A conference is scheduled on **April 15, 2025,** at **11:30 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 751 388 389#).

    The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: April 3, 2025
      New York, New York

                                                      _____
                                                      Henry J. Ricardo
                                                      United States Magistrate Judge