```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/7/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN ARCE-CORTES,

                Plaintiff,

-v-

THE UNITED STATES OF AMERICA,

                Defendant.

**ORDER**

25-CV-830 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On April 17, 2025, Plaintiff filed a Motion to Add 2100 WHITE PLAINS ROAD, LLC as a defendant in this action. ECF No. 31.

Plaintiff represents that Defendant consents to her motion to add 2100 WHITE PLAINS ROAD, LLC as a defendant in this case, ECF No. 31-1 at ¶ 11, and to date, Defendant has not filed an opposition to the motion.

As such, Plaintiff is granted leave to file an amended complaint adding it as a defendant. The Clerk of Court is respectfully directed to allow the filing of the amended complaint, which should be filed by no later than **May 14, 2025**.

**SO ORDERED.**

Dated: May 7, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1