```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN ARCE-CORTES,

                Plaintiff,

-against-

THE UNITED STATES OF AMERICA and
2100 WHITE PLAINS ROAD, LLC,

                Defendants.

25 Civ. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court is in receipt of Plaintiff's motion for a default judgment against Defendant, 2100 White Plains Road, LLC. ECF No. 45. Pursuant to Rule III.M of this Court's Individual Practices in Civil Cases, a "plaintiff seeking a default judgment shall proceed by way of order to show cause, pursuant to the procedure set forth in Attachment A" to the Individual Practices.

      Plaintiff's motion does not comply with Attachment A: Plaintiff has not obtained a Certificate of Default from the Clerk of Court, nor has she filed a proposed order to show cause. Accordingly, Plaintiff's motion for a default judgment, ECF No. 45, is DENIED as procedurally improper. Should Plaintiff wish to renew her motion, she shall strictly comply with Attachment A to this Court's Individual Practices in Civil Cases.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 45.

      SO ORDERED.

Dated: August 1, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge