UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
EVELYN ARCE-CORTES,

          Plaintiff,

    -against-

THE UNITED STATES OF AMERICA and
2100 WHITE PLAINS ROAD, LLC,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/27/2025

25 Civ. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated August 26, 2025, the Honorable Henry J. Ricardo extended the fact discovery deadline in this matter to November 10, 2025.  ECF No. 60.  Accordingly, the case management conference scheduled before the undersigned for September 8, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated:  August 27, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge