```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN ARCE-CORTES,

               Plaintiff,

   -v-

THE UNITED STATES OF AMERICA,

               Defendant.

**ORDER**

25-CV-830 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court scheduled a pre-settlement conference on November 21, 2025. ECF No. 64. On November 10, 2025, Chief Judge Swain entered a Standing Order regarding the lapse in federal funding and corresponding effect on court operations, ordering that "the Courthouse will be closed to the public and press on Fridays until further notice except for proceedings and activities necessary to fulfill the Court's constitutional obligations." *In re: Court Operations Pending the Restoration of Funding*, Case No. 25-mc-512, ECF No. 1 (S.D.N.Y. Nov. 10, 2025).

    The conference is adjourned to **December 2, 2025**, at **2:30 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 623 981 810#).

**SO ORDERED.**

Dated: November 13, 2025
       New York, New York

                                                Henry J. Ricardo
                                                United States Magistrate Judge