UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/5/2026

EVELYN ARCE-CORTES,

                Plaintiff,

-v-

THE UNITED STATES OF AMERICA,

                Defendant.

**ORDER**

25-CV-830 (AT) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 5, 2026, the Court held a second conference to discuss settlement procedures and scheduling a future settlement conference. The Court entered a separate order scheduling a settlement conference. ECF No. 77.

As discussed during today's conference, the February 12, 2026 deadline to serve affirmative expert disclosures and the March 25, 2026 deadline to serve rebuttal expert disclosures remain in effect. The April 8, 2026 deadline to file pre-motion letters for summary judgment, the April 23, 2025 deadline to complete all expert discovery, and the May 8, 2026 deadline to file pre-trial submissions are adjourned *sine die*, to be reset if necessary after the settlement conference.

**SO ORDERED.**

Dated: February 5, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge