UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN ARCE-CORTES,

                            Plaintiff,

            -against-

UNITED STATES OF AMERICA and 2100
WHITE PLAINS ROAD, LLC,

                            Defendants.

2100 WHITE PLAINS ROAD, LLC,

                        Cross-Claimant,

            -against-

UNITED STATES OF AMERICA,

                        Cross-Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    5/4/2026

25 Civ. 830 (AT) (HJR)

**ORDER**

ANALISA TORRES, District Judge:

The Court has received the stipulation and proposed order of settlement and dismissal filed at ECF No. 83.  If the parties wish for the Court to retain jurisdiction over this case to enforce the terms of the settlement agreement, by **May 18, 2026**, the parties shall re-file the settlement agreement and include a clause providing that the Court shall retain jurisdiction to enforce the settlement agreement for a period of one year.

            SO ORDERED.

Dated: May 4, 2026
          New York, New York

_____
            ANALISA TORRES
        United States District Judge