UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVELYN ARCE-CORTES,

Plaintiff,

-against-

UNITED STATES OF AMERICA and 2100
WHITE PLAINS ROAD, LLC,

Defendants.

2100 WHITE PLAINS ROAD, LLC,

Cross-Claimant,

-against-

UNITED STATES OF AMERICA,

Cross-Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/3/2026_____

25 Civ. 830 (AT) (HJR)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

On May 4, 2026, the parties filed a stipulation and proposed order of settlement and dismissal.  *See* ECF No. 83.  That same date, the Court directed the parties to, by May 18, 2026, re-file the settlement agreement and include a clause providing that the Court shall retain jurisdiction to enforce the settlement agreement for a period of one year, if the parties wished for the Court to retain jurisdiction over the case.  *See* ECF No. 84.  No further submission was received.  Accordingly, because the parties have reached a settlement, the above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court; any agreement to be so-ordered shall include a clause limiting the Court's jurisdiction to enforce the settlement agreement for a period of one year.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: June 3, 2026
New York, New York

ANALISA TORRES
United States District Judge